**No. P68/169.**—Ohrbach's, Inc. *v.* United States, protest 66/24761 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nylon tights or leotards similar in all material respects to those the subject of *Children's Hose, Inc.* v. *United States* (55 Cust. Ct. 6, C.D. 2547), the claim of the plaintiff was sustained.